## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO


JAZMIN LIZETH CISNEROS BUSTOS, *et al.*,

        Plaintiffs,

    v.                                  No. 20-cv-01348 KG/SMV

ALEJANDRO MAYORKAS, U.S. Secretary
of Homeland Security[1]; TRACY RENAUD,
Senior Official Performing the Duties of the
Director of U.S. Citizenship and Immigration
Service[2]; U.S. CITIZENSHIP AND
IMMIGRATION SERVICES, an agency of
the United States; MONTY WILKINSON,
Acting U.S. Attorney General[3];
CHRISTOPHER WRAY, Director of Federal
Bureau of Investigations; and the FEDERAL
BUREAU OF INVESTIGATIONS; in their
official capacities,

        Defendants.

### NOTICE OF APPEARANCE

    Christine H. Lyman, Assistant United States Attorney for the District of New Mexico,

hereby enters her appearance on behalf of the Defendants in the above-captioned cause of action.


                         Respectfully Submitted,

                         FRED J. FEDERICI
                         Acting United States Attorney

                         */s/ Christine H. Lyman 3/2/21*
                         CHRISTINE H. LYMAN
                         Assistant United States Attorney
                         P.O. Box 607

---

[1] Alejandro Mayorkas is substituted for Chad Wolf pursuant to Fed. R. Civ. P. 25(d).
[2] Tracy Renaud is substituted for Kenneth T. Cuccinelli pursuant to Fed. R. Civ. P. 25(d).
[3] Monty Wilkinson is substituted for William Barr pursuant to Fed. R. Civ. P. 25(d).

Albuquerque, New Mexico 87103
(505) 224-1532; Fax: (505) 346-7205
Christine.Lyman@usdoj.gov


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 2, 2021, I filed the foregoing pleading electronically through the CM/ECF system which caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.


*/s/ Christine H. Lyman 3/2/21*
CHRISTINE H. LYMAN
Assistant United States Attorney

2