IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAZMIN LIZETH CISNEROS BUSTOS, *et al*.,

      Plaintiffs,

v.                                                   No. 20-cv-01348 KG/SMV

ALEJANDRO MAYORKAS, U.S. Secretary of Homeland Security[1]; UR JADDOU, Director of U.S. Citizenship and Immigration Services[2]; U.S. CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States; MERRICK B. GARLAND, U.S. Attorney General[3]; CHRISTOPHER WRAY, Director of Federal Bureau of Investigation; and the FEDERAL BUREAU OF INVESTIGATION; in their official capacities,

      Defendants.

### ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME TO ANSWER THE COMPLAINT

Upon consideration of Defendants' Unopposed Motion for a Further Extension of Time to File an Answer to the Complaint (Doc. 19), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendants shall have until Friday, January 28, 2022, to file an answer to Plaintiffs' Complaint.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Alejandro Mayorkas is substituted for Chad Wolf pursuant to Fed. R. Civ. P. 25(d).
[2] Ur Jaddou is substituted for Kenneth T. Cuccinelli pursuant to Fed. R. Civ. P. 25(d).
[3] Merrick B. Garland is substituted for William Barr pursuant to Fed. R. Civ. P. 25(d).

2

APPROVED/SUBMITTED BY:

*/s/ Christine H. Lyman*
CHRISTINE H. LYMAN
Assistant United States Attorney
*Counsel for Defendants*

*/s/ Heather Kryzak*
HEATHER KRYZAK
*Counsel for Plaintiffs*